AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Levi G. Solitaire ) | Case No: CR10-5673 BHS |
| ) | USM 40565-086 |
| Date of Previous Judgment: February 14, 2011 ) | Thomas W. Hillier |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  66  months **is reduced to**  60  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level:       27              Amended Offense Level:       23
Criminal History Category:       III              Criminal History Category:       III
Previous Guideline Range:   87   to  108   months     Amended Guideline Range:   60   to  71   months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   February 14, 2011   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   January 12, 2012

*Signature of Judge*
BENJAMIN H. SETTLE
United States District Judge
*Judge's signature*

Effective Date:                             Benjamin H. Settle, United States District Judge
*(if different from order date)*                             *Printed name and title*